UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAT'L UNION FIRE INS. CO. OF PITTSBURGH PA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT WINN,<br><br>Defendant. | No. 2:21-cv-1140-WBS-KJN<br><br>ORDER<br><br>(ECF Nos. 11, 19.) |

On February 16, 2022, the magistrate judge filed findings and recommendations (ECF No. 19), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within seven days.  No objections were filed.  Accordingly, the court presumes that any findings of fact are correct.  See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the findings and recommendations in full.  Accordingly, IT IS HEREBY ORDERED that:

  1. The findings and recommendations (ECF No. 19) are ADOPTED IN FULL;
  2. Plaintiff's Motion for Default Judgment (ECF No. 11) is GRANTED;

1

1    3.  Plaintiff is awarded final judgment in the amount of $267,355.54 in compensatory
2        damages, $672 in costs, and prejudgment interest of $43.94/day from May 1, 2021,
3        through the date of judgment; and
4    4.  The clerk of the court is directed to close this case.

Dated:  March 4, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE