## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,**

CASE NO: **2:21–CV–01140–WBS–KJN**

v.

**ROBERT WINN,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 3/4/22**

**Keith Holland**
Clerk of Court

ENTERED: **March 4, 2022**

by: /s/ H. Kaminski
Deputy Clerk